# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-CV-10676-DSF (AFM) | Date | Fri., June 3, 2022 |
| Title | Christopher Brown v. Damon Dash, et al. | | |

| | |
|---|---|
| Present: The Honorable | Louise A. LaMothe, United States Magistrate Judge |
| Debbie Johnston | Waived |
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**     SETTLEMENT CONFERENCE

The following parties are in attendance at the settlement conference:

**For Plaintiffs:**
Christopher Brown
Attorney In Pro Se

**For Defendants:**
Michael S. Traylor, Esq.
Traylor Law Office PC

John Vafa, Esq.
Ghavimi Vafa
Not counsel of record

Damon Dash, Defendant

The Court conducts a settlement conference with the above parties and counsel as scheduled. Mr. John Vafa of Ghavimi Vafa (Los Angeles) also participates at Mr. Dash's request.

After discussion among the parties, including separate caucuses, no settlement is reached. No date is set for a second settlement conference.

///

                                                                                 01   :   15

Initials of Preparer    dj