**TRAYLOR LAW OFFICE, PC**
Michael S. Traylor (SBN 136814)
8601 Lincoln Blvd. 180
Suite 525
Los Angeles, CA 90045
(310 401-6610 ph
(661) 480-1200 fax

Attorney for Defendants Damon Dash et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BROWN | Case No.: 2:20-CV-10676-DSF-AFM |
| Plaintiff, | DECLARATION OF MICHAEL S. TRAYLOR IN SUPPORT OF DEFENDANTS' COUNSEL'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| DAMON ANTHONY DASH, ET AL. | |
| Defendants. | DATE: July 18, 2022<br>TIME: 1:30 pm<br>COURTROOM: 780<br>JUDGE: Hon. Dale S. Fischer |

-1-
DEFENDANTS' COUNSEL'S DECLARATION ISO MOTION TO WITHDRAW

## DECLARATION OF MICHAE S. TRAYLOR

I, Michael S. Traylor, do hereby certify, affirm and declare as follows:

1. I am the attorney of record for the Defendants in this matter.

2. At this time, there has been a complete breakdown of communication, respect and professionalism as well as the business relationship between defendants and their counsel. The disagreements and relationship are completely irreconcilable.

3. Defendants have retained new counsel to advise them on the case (John Vafa, Esq., who appeared at the Settlement Conference in this matter on June 3, 2022); but said counsel has yet to make an appearance or substitute-in on the case.

4. Without betraying client confidentiality, I represent to the Court that there is currently no effective/productive communication between myself and Mr. Dash. It is unimaginable that I can provide him effective counsel and adequately prepare the matter for trial. I do not believe it is in his best interest for me to represent him in this matter any longer.

5. In addition to the foregoing (which is the main cause of concern), the parties have been unable to resolve pending issues in connection with the business relationship.

6. The request is being made in good faith and for no other purpose.

DEFENDANTS' COUNSEL'S DECLARATION ISO MOTION TO WITHDRAW

7. Upon granting the request, I will provide further notice to my client (along with a copy of the Court's Order) and comply with the provisions of Local Rule 83-2.3.4.

The foregoing is true and correct and based upon my personal knowledge. If called to testify, I would competently testify to the foregoing. I make this declaration under penalty of perjury of the laws of the State of California.

DATED: June 11, 2022

*Michael S. Traylor*
Michael S. Traylor, Esq.
Attorney for Defendants

**PROOF OF SERVICE BY U.S. MAIL**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, UNITED STATES OF AMERICA

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 8601 Lincoln Blvd. 180, Suite 525, Los Angeles, CA. 90045

On June 14, 2022, I served the following documents described as: Motion to Withdraw as Counsel, Declaration of Michael S. Traylor and Proposed Order on:

1) Damon Dash (mailing address confidential)
2) Raquel Horn (mailing address confidential)
3) Poppington, LLC et al., 13547 VENTURA BLVD, #199, SHERMAN OAKS CA 91423
4) Natraj Bhushan, Esq., TURTURRO LAW, P.C., 1602 McDonald Avenue, Brooklyn, NY 11230
5) John Vafa, Esq., 1801 Century Park East, 24th Floor, Los Angeles, CA 90067

as follows:

xx    by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

xx    **BY US MAIL**

☐    I deposited such envelope(s) with the USPS at Northridge, California. The envelope(s) was (were) mailed with all fees thereon fully prepaid.  Please see next page.

xx    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

__    **BY ELECTRONIC MAIL** I caused the items to be transmitted to the correct electronic mail address for the party served. No error message was received.

xx    **FEDERAL**    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on June 14, 2022 at Ormond Beach, FL

Denise Miller                               *Denise Miller*
                                             Signature

-4-
DEFENDANTS' COUNSEL'S DECLARATION ISO MOTION TO WITHDRAW

**PROOF OF SERVICE BY ELECTRONIC MAIL**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, UNITED STATES OF AMERICA

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 8601 Lincoln Blvd. 180, Suite 525, Los Angeles, CA. 90045

On June 14, 2022, I served the following documents described as: Motion to Withdraw as Counsel, Declaration of Michael S. Traylor

1) Damon Dash (e-mail address confidential)
2) Raquel Horn (e-mail addresss confidential)
3) Natraj Bhushan, Esq., TURTURRO LAW, P.C., natraj@turturrolawpc.com
4) John Vafa, Esq., (JohnVafa@gmail.com)

xx **BY ELECTRONIC MAIL** I caused the items to be transmitted to the correct electronic mail address for the party served. No error message was received.

xx     **FEDERAL**     I declare under penalty of perjury under the laws of the State of California and United States of America that the above is true and correct.

Executed on June 14, 2022 at Atlanta, Georgia.

Michael S. Traylor                    *Michael S. Traylor*
                                      Signature

-5-
DEFENDANTS' COUNSEL'S DECLARATION ISO MOTION TO WITHDRAW