UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-10676-DSF (AFMx) | Date | July 18, 2022 |
| Title | Christopher Brown v. Damon Dash et al | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Patricia Kim for Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Michael S Traylor - VTC |

**Proceedings:**   DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [100]

The matter is called and counsel state their appearances. Defendant Damon Dash is also present via Zoom. Plaintiff fails to appear. The Court, counsel, and Mr. Dash confer as stated in court and on the record on the above motion.

The matter is continued to July 25, 2022 at 1:30 p.m., to proceed via Zoom.