UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10676-DSF (AFMx) | Date | August 15, 2022 |
|---|---|---|---|
| Title | Christopher Brown v. Damon Dash et al | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Patricia Kim for Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Christopher L Brown - VTC | Michael S Traylor - VTC |

**Proceedings:** DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [100]

The matter is called and counsel state their appearances. Defendant Damon Dash is also present via Zoom. The Court, counsel, and Mr. Dash confer as stated in court and on the record on the above motion.

Defendants' counsel's motion to withdraw as counsel is DENIED.

The parties are ordered to meet and confer and file a set of jury instructions that complies with the Court's orders unless Defendants waive jury trial. As Plaintiff does not request a jury trial, the initial responsibility for preparing instructions is on Defendants. The parties are also ordered to meet and confer and file written objections to any exhibits. All documents are to be filed by **October 6, 2022**.

The Court sets a Pretrial Conference for **October 17, 2022 at 3:00 p.m.** A trial date will be set at the Pretrial Conference.