

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>CV 20-10676</u>    Date: 12·07·22

Time: 12:34 pm

*Redacted*

JURY NOTE NUMBER __2__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Can we get a list of the 8 statements made against the ~~[redacted]~~ plantiff? We want to Be clear on them.

SIGNED: