

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>CV 20-10676 DSF</u>

RESPONSE TO JURY NOTE NUMBER <u>2</u>

1. The January 2019 Instagram post "that Brown is a lawyer that makes a living helping bad people steal money from good people." Exhibit 4

2. The January 2019 Instagram post "identifying Brown and stating that lawyers for 'con artist are con artist.'" Exhibit 5

3. The February 2019 Instagram post "that Brown is a crooked lawyer that robbed a 7 year old." The February 2019 Instagram posts "accus[ing] Brown of robbing a child relating to the film 'The Jump Out Boys.'"

4. The November 25, 2019 statements on Fox 5 Good Day New York "accus[ing] Brown of calling the New York Police Department in ordered [sic] to have him arrested for child support matters," accusing him of "setting up" Dash to be arrested.

5. The December 27, 2019 and December 28, 2019 Instagram posts and video, which Dash "gave . . . to multiple websites" and later posted on Worldstar Hip-Hop. The posts and video stated, "Brown was currently under investigation by the FBI for extortion and part of a conspiracy." The December 2019 or January 2020 statement on KKCR Radio in Hawaii (1) that Dash "hears the FBI is on their job" and will be speaking to Brown, and (2) "accus[ing] Brown of extortion and indicat[ing] that Brown was currently being [sic] investigated by the FBI."

6. The January 24, 2020 statement on the Breakfast Club radio show, after the issuance of preliminary injunctions against Dash in Lawsuits 1 & 2, that "Brown had filed three 'frivolous' claims against him in New York."

7. E-mail correspondence that is Exhibit #1- #2

8. E-mail that is Exhibit #3