UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
DEC − 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Case No. CV 20-10676              Date: 12·7·22

                                  Time: 2:04 pm

**Redacted**

JURY NOTE NUMBER ___3___

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

We have a couple of questions:
On the veredic, it says "award damages to Christopher Brown In the amount of $___ or Can the or (Damages) be non monetary? Example - ask for Damon Dash & Poppington LLC to remove all content that defames Christopher Brown on social media accounts associated the Mr. Dash.

SIGNED: