

**FILED**
CLERK, U.S. DISTRICT COURT

DEC - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>CV 20-10676</u>          Date: 12.7.22

                              Time: 2:25 pm

JURY NOTE NUMBER __5__

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: