

FILED
CLERK, U.S. DISTRICT COURT

DEC — 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWN,<br>Plaintiff,<br><br>v.<br><br>DAMON ANTHONY DASH, et al.,<br>Defendants. | CV 20-10676 DSF (Ex)<br><br>VERDICT<br><br>Redacted |

Select two of the following four options:

With respect to Defendant Damon Dash:

√ We find in favor of Christopher Brown and against Defendant Damon Dash and award damages to Christopher Brown in the amount of

$ 50,000       or

___ We find in favor of Defendant Damon Dash and against Christopher Brown

***AND***

With respect to Defendant Poppington, LLC:

__✓__ We find in favor of Christopher Brown and against Defendant Poppington, LLC and award damages to Christopher Brown in the amount of $ __50,000__ or

____ We find in favor of Defendant Poppington, LLC and against Christopher Brown

Signed: _____

　　　Presiding Juror

　　　Dated: __12/7/22__

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom