JS-6

UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BROWN<br><br>Plaintiff,<br><br>vs.<br><br><br>DAMON ANTHONY DASH, DAME DASH STUDIOS, POPPINGTON LLC, THE DASH GROUP LLC AND RAQUEL HORN<br><br>Defendants. | **CASE NO. 20-CV-10676-DSF**<br><br>**JUDGMENT** |

After conclusion of a jury trial on December 7, 2022, a jury rendered a verdict in favor of the Plaintiff Christopher Brown against the defendants Damon Dash and Poppington LLC for defamation of character pursuant to Massachusetts law.   Judgment is entered as follows:

1.   This action was filed on November 23, 2020 and a verdict was entered on December 7, 2022.

2.   A judgment award for Christopher Brown in the amount of Fifty Thousand Dollars ($50,000.00) against Damon Dash shall enter.

3.   A separate judgment award for Christopher Brown in the amount of Fifty Thousand Dollars ($50,000.00) against Poppington LLC shall enter.

4.   The total sum of the judgment is One Hundred Thousand Dollars ($100,000.00).

5.   Each defendant shall pay Pre-Judgment interest from the time period between the filing of the lawsuit and rendering of the verdict, totaling 744 days pursuant to M.G.L. c. 231 section 6B and 6C (November 23, 2020 and a verdict was entered on December 7, 2022).

6.   Each defendant shall pay Post-Judgment interest pursuant to M.G.L. c. 235, section 8.

7. The applicable interest rate pursuant to Massachusetts law is .033 percent daily, totaling $32.88 per day on a total of $100,000.00, attributed equally to each defendant. The interest will accrue from all time interest periods at the rate of 12% per annum, pursuant to M.G.L. c 231 section 6B and 6C.

8.   Each defendant shall pay pre-judgment interest, 12% per annum for 744 days in the amount of $24,462.72 on a judgment of $100,000.00 to be split equally between the defendants.  Damon Dash owes pre-judgment interest in the amount of $12,231.36 and Poppington LLC owes pre-judgment interest in the amount of $12,231.36 to Christopher Brown.

9. Each defendant shall pay post-judgment interest from the day between the rendering of the verdict and the entry of the judgment for 22 days, from December 7, 2022 through December 29, 2022 pursuant to M.G.L. c. 235, section 8. Total post-judgment interest through December 29, 2022, is $723.36. Damon Dash owes post-judgment interest in the amount of $361.68 and Poppington LLC owed post-judgment interest in the amount of $361.68.

10. Defendant shall be responsible for interest from the day the judgment is entered to the time it is paid in full, in the amount of 12% per annum pursuant to M.G.L. c. 235 and M.G.L. c 231 section 6B and 6C.

11. Damon Dash and Poppington LLC are jointly and severally responsible for Christopher Brown's costs in the amount of $400.00 for the filing fee.

Date: December 29, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge